1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA. | Case No. C 05-00743 JF |
| Plaintiff, | JUDGMENT |
| v. | |
| FELIX KELLY PRAKASAM, et al. | |
| Defendants. | |

Good cause therefore appearing, IT IS HEREBY ORDERED that judgment be entered in accordance with the Order of this Court dated March 30, 2006, granting Plaintiff's motion for summary judgment.

DATED:  May 31, 2006

_____
JEREMY FOGEL
United States District Court

Case No. C 05-00743 JF
JUDGMENT
(JFLC1)

1    This Order has been served upon the following persons:

2    Kathleen A. Andleman          kathleen.andleman@ftb.ca.gov,

3    Dean A. Christopherson        dac@calaw.com

4    Thomas Moore                  tom.moore@usdoj.gov

5    Jay R. Weill                  jay.weill@usdoj.gov

6    John W. Davies
     Tax Counsel III, Supervisor
7    Franchise Tax Board
     P.O. Box 1720
8    Rancho Cordova, CA 95741-1720

9    Carissa Lynch
     Franchise Tax Board
10   Tax Counsel
     P.O. Box 1720
11   Rancho Cordova, CA 95741-1720

12   Nova Dean Pack
     Attorney at Law
13   5005 La Mart Drive
     Suite 201
14   Reverside, CA 92507

15   Dean A. Christopherson
     Dawe & Christopherson LLP
16   1111 Civic Drive
     Suite 380
17   Walnut Creek, CA 94596

18   Felix Kelly and Liliana P. Prakasam
     2048 Orange Tree, Suite 100
19   Redlands, CA  92374

20   Kevin V. Ryan
     United States Attorney
21   450 Golden Gate Avenue
     P.O. Box 36055
22   San Francisco, CA 94102

23

24

25

26

27

28

                                        2