NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA. <br><br>　　　　　　Plaintiff, <br><br> v. <br><br> FELIX KELLY PRAKASAM, et al. <br><br>　　　　　　Defendants. | Case No. C 05-00743 JF <br><br> ADMINISTRATIVE ORDER |

On May 1, 2006, Defendants Felix K. Prakasam and Liliana P. Prakasam, proceeding *pro se*, filed a motion pursuant to Federal Rule of Civil Procedure 60(b)[1] for reconsideration of this Court's Order dated March 30, 2006, granting summary judgment for Plaintiff. Oral argument for this motion is currently scheduled for June 16, 2006. Plaintiff's counsel has not yet filed opposition to the motion apparently because counsel believed, pursuant to Civil Local Rule 7-9, that leave of Court was required to file a motion for reconsideration. However, Local Rule 7-9

---

[1] Defendants' motion appears to be more similar to a Federal Rule of Civil Procedure 59 motion than a Rule 60(b) motion. Accordingly, when it considers the merits of the motion, the Court may construe it as having been brought pursuant to Rule 59.

1 applies only to motions for reconsideration of interlocutory orders entered prior to final
2 judgment.  Accordingly, Plaintiff shall file opposition to the instant motion by June 9, 2006.
3 Defendants shall file any reply by June 16, 2006.  The hearing scheduled for June 16, 2006 shall
4 be vacated and the Court will consider the matter without oral argument, pursuant to Civil Local
5 Rule 7-1(b).  If the Court later determines that oral argument is necessary, a new hearing date
6 will be scheduled.

   IT IS SO ORDERED.

DATED: May 31, 2006

_____
JEREMY FOGEL
United States District Court

2

Case No. C 05-00743 JF
ADMINISTRATIVE ORDER
(JFLC1)

| | | |
|---|---|---|
| 1 | This Order has been served upon the following persons: | |
| 2 | Kathleen A. Andleman | kathleen.andleman@ftb.ca.gov, |
| 3 | Dean A. Christopherson | dac@calaw.com |
| 4 | Thomas Moore | tom.moore@usdoj.gov |
| 5 | Jay R. Weill | jay.weill@usdoj.gov |

John W. Davies
Tax Counsel III, Supervisor
Franchise Tax Board
P.O. Box 1720
Rancho Cordova, CA 95741-1720

Carissa Lynch
Franchise Tax Board
Tax Counsel
P.O. Box 1720
Rancho Cordova, CA 95741-1720

Nova Dean Pack
Attorney at Law
5005 La Mart Drive
Suite 201
Reverside, CA 92507

Dean A. Christopherson
Dawe & Christopherson LLP
1111 Civic Drive
Suite 380
Walnut Creek, CA 94596

Felix Kelly and Liliana P. Prakasam
2048 Orange Tree, Suite 100
Redlands, CA 92374

Kevin V. Ryan
United States Attorney
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

Case No. C 05-00743 JF
ADMINISTRATIVE ORDER
(JFLC1)