NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA. | Case No. C 05-00743 JF |
| Plaintiff, | ORDER[1] DENYING DEFENDANTS' MOTION |
| v. | |
| FELIX KELLY PRAKASAM, et al. | |
| Defendants. | |

On March 30, 2006, this Court granted summary judgment for Plaintiff United States of America and issued a decree of sale for property in the possession of Defendants Felix K. Prakasam and Liliana P. Prakasam.  On July 5, 2006, this Court denied Defendants' motion for reconsideration of its March 30, 2006 Order.  Defendants have received a letter from Plaintiff, dated June 8, 2006, instructing them that they must vacate the property, which is their personal residence, by July 31, 2006.

On July 14, 2006, Defendants, proceeding *pro se*, filed a "Motion to dismiss action and set aside summary judgment and decree for lack of subject matter jurisdiction and for emergency

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 05-00743 JF
ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION
(JFLC1)

1  ex parte motion to enforce the automatic stay as provided by statute and to enjoin the
2  enforcement of the decree of sale." Defendants ask that this Court again reconsider its grant of
3  summary judgment for Plaintiff.  While the Court understands that it will cause harm and loss to
4  Defendants for them to vacate their residence, this Court cannot consider repetitive motions for
5  reconsideration.  Accordingly, the instant motion is denied.  If Defendants believe that this
6  Court's ruling is erroneous, they must seek relief in the Court of Appeals; no further motions or
7  requests for reconsideration will be entertained.
8          IT IS SO ORDERED.
9  DATED: July 17, 2006

                                              _____
                                              JEREMY FOGEL
                                              United States District Court

2

Case No. C 05-00743 JF
ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION
(JFLC1)

This Order has been served upon the following persons:

| Name | Email |
| --- | --- |
| Kathleen A. Andleman | kathleen.andleman@ftb.ca.gov, |
| Dean A. Christopherson | dac@calaw.com |
| Thomas Moore | tom.moore@usdoj.gov |
| Jay R. Weill | jay.weill@usdoj.gov |

John W. Davies
Tax Counsel III, Supervisor
Franchise Tax Board
P.O. Box 1720
Rancho Cordova, CA 95741-1720

Carissa Lynch
Franchise Tax Board
Tax Counsel
P.O. Box 1720
Rancho Cordova, CA 95741-1720

Nova Dean Pack
Attorney at Law
5005 La Mart Drive
Suite 201
Reverside, CA 92507

Felix Kelly and Liliana P. Prakasam
2048 Orange Tree, Suite 100
Redlands, CA 92374

Kevin V. Ryan
United States Attorney
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102